STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
BENJAMIN L. TOMPKINS (CA SBN Pending / D.C. Bar No. 474906)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    E-mail: benjamin.tompkins@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>INDEX INVESTMENTS, INC., et al.,<br><br>    Defendants. | Case No. 2:14-cv-05880-DDP-JEM<br><br>**FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST DEFENDANTS INDEX INVESTMENTS, INC., D/B/A FULLERTON RESIDENTIAL MANOR, SANFORD DEUTSCH, AND MARK DEUTSCH** |

    Plaintiff, the United States of America, has filed a complaint seeking a permanent injunction against Defendants Index Investments, Inc., d/b/a Fullerton Residential Manor ("Index Investments"), Sanford Deutsch, and Mark Deutsch (the "Deutsch Defendants"). The parties have now filed a joint stipulation for the entry of a final judgment of permanent injunction executed by the United States and each of the Defendants. For good cause shown, upon the joint stipulation and agreement of the parties, after reviewing the entirety of the record and in accordance with 26 U.S.C. § 7402(a), it is:

ORDERED and ADJUDGED that the Joint Stipulation for Entry of Permanent Injunction is ADOPTED and the Court enters a Final Judgment of Permanent Injunction in favor of the United States and against Index Investments and the Deutsch Defendants.

IT IS FURTHER ORDERED and ADJUDGED that the terms of the Permanent Injunction are as follows:

(1) Index Investments and the Deutsch Defendants (individually and doing business under any other name or using any other entity that either Deutsch Defendant may come to own or control, either directly or indirectly, including resuming any previous company that is now dormant), are prohibited from failing to withhold and pay over to the IRS all employment taxes, including federal income and FICA (Federal Insurance Contributions Act) taxes, required by law that are required to be deposited and/or owed after the date of this permanent injunction (hereinafter the "Future Withheld Taxes"), as well as pay over any employer's share of future FICA taxes and FUTA (Federal Unemployment Tax Act) taxes that are owed and become due after the date of this permanent injunction.

(2) Index Investments and the Deutsch Defendants shall segregate and hold separate and apart from all other funds all Future Withheld Taxes and to deposit the monies so withheld and collected, as well as the employer's share

of future FICA taxes, in an appropriate federal depository bank in accordance with the federal deposit regulations.

(3) Index Investments and the Deutsch Defendants shall deposit future FUTA taxes in an appropriate federal depository bank each quarter in accordance with the federal deposit regulations.

(4) Index Investments and the Deutsch Defendants, and any other individuals who are responsible for carrying out the duties established by this Permanent Injunction with regards to Index Investments, shall, for a period of five years, sign and deliver affidavits to Internal Revenue Service Revenue Officer B. Huerta at 222 N. Sepulveda Blvd STE 800, El Segundo, CA 90245, or to such other specific location as directed by the IRS, no later than the twentieth day of each month, stating that the requisite deposits or payments of Future Withheld Taxes, employer's share of FICA taxes, and FUTA taxes that accrue after the date of this permanent injunction were timely made.

(5) Index Investments and the Deutsch Defendants shall timely file all Form 941 and Form 940 tax returns due after the date of this permanent injunction with the IRS in care of Revenue Officer Huerta, or to such other specific location as directed by the IRS.

(6) Index Investments and the Deutsch Defendants shall timely pay all Future Withheld Taxes, all future employer's share of FICA taxes, and all future

FUTA taxes due from Index Investments (or any new company that either Deutsch Defendant may come to own or control, either directly or indirectly, including resuming any company that is now dormant), including all liabilities reported as owed on any Form 940 or Form 941 filed by Index Investments (or any new company that either Deutsch Defendant may come to own or control, either directly or indirectly, including resuming any company that is now dormant).

(7) In the event all required Future Withheld Taxes, future employer's share of the FICA taxes and future FUTA taxes due from Index Investments' (or any new company or resuming any previous company that is now dormant that either Deutsch Defendant may come to own or control, either directly or indirectly in the next five years), regardless of whether the liabilities are reported on a Form 940 or 941 return, are not timely paid, Index Investments and the Deutsch Defendants shall not assign any property or rights to property or make any disbursements before paying such taxes.

(8) Each Deutsch Defendants shall notify the IRS of his future employment tax conduct with respect to any new or presently unknown company, including the imposition of an affirmative duty upon either Deutsch Defendant, as principal officer, to notify Internal Revenue Service Revenue Officer Huerta (or to such other person as directed by the IRS) in the future of any new company that

either Deutsch Defendant may come to own, manage, or work for in the next five years.

IT IS FURTHER ORDERED and ADJUDGED that this Court retains jurisdiction over this case to ensure compliance with this permanent injunction and that the United States is authorized to take post judgment discovery to ensure compliance with this Permanent Injunction.

IT IS SO ORDERED.

Dated: February 19, 2015

DEAN D. PREGERSON
United States District Judge

Respectfully Submitted,

STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____/s/_____
BENJAMIN L. TOMPKINS
Assistant United States Attorney
Attorneys for the United States of America, Plaintiff